**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-1227**

DEBBIE LUKE,

Plaintiff - Appellant,

versus

DARE COUNTY, NORTH CAROLINA, a Political
Subdivision of the State of North Carolina,

Defendant - Appellee,

and

TERRY WHEELER, in his official capacity as
County Manager of Dare County, North Carolina,

Defendant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. Malcolm J. Howard,
District Judge. (CA-01-15-2-H-2)

Submitted: August 20, 2002      Decided: August 29, 2002

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John D. Leidy, HORNTHAL, RILEY, ELLIS & MALAND, L.L.P., Elizabeth City, North Carolina, for Appellant. Mark A. Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Debbie Luke appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Luke v. Dare County, North Carolina, No. CA-01-15-2-H-2 (E.D.N.C. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED